IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PSC INFO GROUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LASON, INC., et al. | : | NO. 08-2176 |

### **O R D E R**

AND NOW, this   19th   day of   May   , 2009, upon consideration of the discovery disputes enumerated in counsels' letter of April 29, 2009, after holding a conference with counsel, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that both sides shall produce the documentation and witnesses in accordance with the accompanying Memorandum.  Any documentation necessary for further depositions shall be produced within one week of entry of this Order.  The remaining documentation shall be produced within thirty days of the entry of this Order.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE