IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PSC INFO GROUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LASON, INC., et al. | : | NO. 08-2176 |

**ORDER**

AND NOW, this 21st day of July, 2009, upon consideration of the Plaintiff's Motion for Sanctions, the Response, and Reply, IT IS HEREBY ORDERED that the Motion is DENIED. Similarly, the Defendants' request for sanctions contained in their Response to the Motion is DENIED.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE