**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PSC INFO GROUP, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | No.08-2176 |
| | : | |
| LASON, INC., *et al.*, | : | |
|     Defendants | : | |

**ORDER**

YOHN, J.

And now, this 3rd day of February, 2010, upon careful consideration of defendants'

combined motion for summary judgment on all claims , defendants' proposed findings of fact

and conclusions of law, plaintiff's opposition, and defendants' reply hereto, it is hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED IN PART AND**

**DENIED IN PART** as follows:

> 1. Defendants' motion for summary judgment as to Count I of the Complaint, which alleges tortious interference with contractual relations, is **GRANTED** as to defendant Lason and **DENIED** as to defendant HOV;

> 2. Defendants' motion for summary judgment as to Count II of the Complaint, which alleges breach of contract, is **GRANTED** as to defendant HOV;

> 3. Defendants' motion for summary judgment as to Count II of the Complaint is **GRANTED** as to any claims against BACS arising out of BACS' use of other vendors prior to November 10, 2007, and **DENIED** as to such claims against BACS from November 10, 2007, to May 31, 2008.

> 4. Defendant Lason, Inc. is dismissed as a party to this action.

> 5. Trial in this matter is scheduled for April 12, 2010 at 10:00 a.m.

                                               /s/ William H. Yohn Jr.
                                               William H. Yohn Jr., Judge